IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM BROWN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. ▓▓▓ 1:23-cv-00004 |
| | : | |
| GALLAGHER, et al., | : | Magistrate Judge Kelly |
| | : | |
| Defendant. | : | Electronically filed document |
| | : | Re: ECF No. 50 |

## ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P, RULE 41(a)(1)(A)(ii)

All of the matters and things in controversy in the above entitled case having been adjusted, compromised, and finally settled between Plaintiff, Adam Brown, and Defendants, it is hereby stipulated and agreed, by and between Plaintiff and Defendants, that the personal claims in this case shall be dismissed with prejudice for this and any future action on account of the matters and things contained and set forth in Plaintiff's complaint. The Parties are responsible for their own costs and attorney's fees, if any.

Agreed to this _20_ day of December, 2024.

_____
Adam Brown
Plaintiff

AND NOW, this __30th__,
day of _December_, 20_24_,
IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

s/ Jorden P. Colalella
_____
Jorden P. Colalella
Deputy Attorney General
Counsel for Defendants
Attorney ID 316706
Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
Phone: (412) 565-5155
jcolalella@attorneygeneral.gov

                                                            Respectfully submitted,

                                                            **MICHELLE A. HENRY**
                                                            **Attorney General**

                                                **By:**   *s/ Jorden P. Colalella*

                                                            **JORDEN P. COLALELLA**

**Office of Attorney General**                       **Deputy Attorney General**
**1251 Waterfront Place**                              **Attorney ID 316706**
**Mezzanine Level**
**Pittsburgh, PA 15222**
**Phone: (412) 565-5155**
**jcolalella@attorneygeneral.gov**

**Date:  December 20, 2024**                          **Counsel for Defendants**